826 A.2d 700

IN THE MATTER OF KENNETH N. GJURICH, AN ATTORNEY AT LAW (ATTORNEY NO. 046261984).

July 11, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–043, concluding that **KENNETH N. GJURICH** of **LANSDALE, PENNSYLVANIA**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **KENNETH N. GJURICH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.